FILED
CLERK, U.S. DISTRICT COURT

JAN 20 2015

CENTRAL DISTRICT OF CALIFORNIA
BY   DC   DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br>  v.<br>SERGIO SERRANO<br>  Defendant. | Case No.: ED11CR58-VAP<br><br>ORDER OF DETENTION<br>(FED.R. CRIM. P.32.1(a)(6); 18<br>U.S.C. § 3143(a)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **CENTRAL** District of **CALIFORNIA** for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.   (✓)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

• UNKNOWN BACKGROUND/COMMUNITY TIES
• UNKNOWN BAIL RESOURCES
• UNDERLYING ALLEGATIONS (ABSCONDING)

1

1 and/or

2 B.    ( )    The defendant has not met his/her burden of establishing by clear and
3            convincing evidence that he/she is not likely to pose a danger to the
4            safety of any other person or the community if released under 18
5            U.S.C. § 3142(b) or (c).  This finding is based on the following:

6  _____
7  _____
8  _____
9  _____

12 IT THEREFORE IS ORDERED that the defendant be detained pending the further
13 revocation proceedings.

15 Dated: 1/20/15

HONORABLE DAVID T. BRISTOW
United States Magistrate Judge

2